UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>               Plaintiff, )<br>)<br>v. )<br>)<br>DYLAN MARTIN TART, )<br>               Defendant. ) | **DEFAULT JUDGMENT**<br>No. 5:15-CV-151-F |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that (1) a judgment is entered in favor of the United States of America against Dylan Martin Tart for the sum of $97,538.15 principal, plus interest accrued thereon through March 5, 2015, in the sum of $1,880.85, plus interest thereafter until paid at the daily rate of $3.6744, plus accrued and future costs of this action and lawful interest, (2) that Tart is enjoined from selling, trading, or wasting any assets covered by the Promissory Notes, Security Agreement, or Financing Statement, except as may be allowed by the Promissory Notes, Security Agreement, or Financing Statement, (3) that the United States of America's security instruments be foreclosed and all right, title, and interest of Dylan Martin Tart, and any persons holding by, through, or under him, including any equity of redemption or rights of power, and rights of any junior lienholders, be forever barred in and to the aforesaid personal property at issue in the security instruments, (4) that upon foreclosure and possession, the farm equipment be sold by the United States Marshal upon such time, notice, and conditions as the law may prescribe and the court may require, and out of the net proceeds of said sale, after payment of costs associated with the sale, the United States of America be paid the amount thereof on its claim above described, (5) that, in order to most efficiently facilitate the foreclosure sale of the property, the court designates the FSA as the substitute custodian in this matter and allows the United States Marshal to turn over the property used as security, as listed in the Security Agreement, to the FSA after pick up for sale at auction of the property in compliance with the court's Order, and (6) that proceeds of the auction sale should be paid directly to the United States Attorney's Office, Financial Litigation Unit, with an accounting provided to the United States Marshal and the FSA for their records. All costs associated with this sale shall be paid from sale proceeds.

**This Judgment Filed and Entered on September 29, 2015, and Copies To:**

Roberto F. Ramirez (via CM/ECF electronic notification)
Dylan Martin Tart (via U.S. Mail to 208 Willie Tart Lane, Dunn, NC 28334)


DATE                                        JULIE RICHARDS JOHNSTON, CLERK
September 29, 2015                          /s/ Jacqueline B. Grady
                                            (By) Jacqueline B. Grady, Deputy Clerk